1  AARON D. FORD
     Attorney General
2  RUDOLF M. D'SILVA (Bar No. 16227)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3375 (phone)
   (702) 486-3773 (fax)
6  Email: rdsilva@ag.nv.gov

7  *Attorneys for Interested Party*
   *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHELLE PERKIN, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-00424-ART-CSD<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER TO**<br>**DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Terrance Davis, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

1   The Parties have resolved this matter in its entirety and agree that the Court may
2   accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.
3   To the extent this Court still requires a Joint Status Report as ordered in ECF No. 14, this
4   motion will serve as a Joint Status Report by both parties.

DATED this 14th day of June, 2024.            DATED this 14th day of June, 2024

                                                         AARON D. FORD
                                                         Attorney General

By:/s/ _____            By: /s/ Rudolf M. D'Silva
TERRANCE DAVIS                              RUDOLF M. D'SILVA (Bar No. 16227)
*Plaintiff, Pro Se*                         Deputy Attorney General
                                                         *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____June 14_____, 2024.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 10, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Terrance Davis, #1101506
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
Email: ESP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Kimalee Goldstein
Kimalee Goldstein, an employee of the
Office of the Nevada Attorney General